

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
## JUDGMENT

In re Commitment of V.S. a/k/a V.S., Jr.,     * From the 104th District Court
of Taylor County,
Trial Court No. 23086-B.

No. 11-21-00198-CV                  * January 13, 2022

                                              * Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

     This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.